UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 20-134 |
| v. | * | SECTION: M |
| HARRY JOHNSON | * | |

\* \* \*

## FACTUAL BASIS

The United States and defendant **HARRY JOHNSON** ("**JOHNSON**") stipulate and agree that the below facts are true and that they would have been proven beyond a reasonable doubt had this matter proceeded to trial. The United States and **JOHNSON** further stipulate and agree that these facts provide a sufficient basis for a plea of guilty to the charge that **JOHNSON**, not being lawfully entitled to a certificate, license, and document issued to officers and seamen by any officer and employee of the United States authorized by law to issue the same, did receive and possess said certificate, license, and document, with intent unlawfully to use said certificate, license, and document, in violation of Title 18, United States Code, Section 2197. The below facts are offered for the purpose of establishing a sufficient factual basis to support the guilty plea and therefore do not necessarily describe all the details of the offense or **JOHNSON**'s complete knowledge of the offense.

A.  **At all times relevant herein:**

Federal statutes and regulations ("federal law") authorized the United States Coast Guard ("USCG") to issue merchant mariner credentials ("MMCs") and related endorsements. Under federal law, all mariners employed aboard United States merchant vessels greater than 100 Gross Register Tons, with a few limited exceptions, were required to have valid MMCs. Furthermore, to serve in various positions, federal law required mariners to have particular endorsements added to

their MMCs. Consequently, an MMC and each endorsement to an MMC each constituted a "certificate, license, or document," as described in Title 18, United States Code, Section 2197.

Endorsements determined what position mariners could work, on what kind of vessels, and in what waters. The presence of an endorsement on an MMC indicated that the mariner was qualified to serve in the specified capacity and that he had met all legal requirements for that endorsement. Federal law prohibited a mariner from serving in a position for which he lacked the required endorsement. Similarly, federal law prohibited a business from employing a mariner in a position for which he lacked the required endorsement.

In order to obtain an MMC, a mariner was required to meet various requirements and to take an oath, promising to faithfully and honestly perform all the duties required by the laws of the United States. For many endorsements, federal law required mariners to pass USCG-administered examinations. These examinations tested mariners' knowledge and training to safely operate under the authority of the endorsements. The examinations, which typically consisted of numerous separately-graded modules, were administered at USCG regional exam centers. One such regional exam center, known as REC New Orleans, was located in the Eastern District of Louisiana. USCG employees at the regional exam centers entered the scores into a computer system used to manage the issuance of credentials to mariners and to process applications for MMCs and endorsements.

The USCG issued each physical MMC in the form of a book, similar in appearance to a passport book. Endorsements were displayed in an MMC book by either being printed into the MMC book (if the endorsement was already held at the time that the physical MMC was printed) or in the form of a USCG-issued endorsement sticker that the mariner affixed to the MMC book (if the endorsement was obtained after the MMC book was printed). In both cases, the displayed endorsement expressly stated that the mariner was entitled, pursuant to federal law, to serve in the



specified capacity.

The endorsement known as a Chief Mate Unlimited Oceans endorsement authorized a mariner to, among other things, serve as chief mate of vessels of any tonnage in any waters. The chief mate on a vessel is the officer in charge of the deck department. The chief mate typically is responsible for, among other things, navigation, keeping watch of the bridge, cargo, stability calculations, being the medical person in charge, and assuming command of the vessel if the master is unable to fulfill his duties. A Chief Mate Unlimited Oceans would also enable a mariner without further examination to eventually obtain an endorsement allowing him to serve as the master of vessels of any tonnage in any waters. The master, also known as the captain, is the officer having command of a vessel. The master is ultimately held responsible for the safety of the crew, vessel, cargo and all aspects of the vessel's operation.

**B.  JOHNSON received, possessed, and intended to use a license to which he was not lawfully entitled**

**JOHNSON** was a mariner who applied for and sought to add a Chief Mate Unlimited Oceans endorsement to his MMC. As **JOHNSON** knew, in order to lawfully obtain this endorsement, he was required to pass a specific examination at a regional exam center.

On or about May 4, 2018, a USCG employee at REC New Orleans falsely reported in a USCG computer system that **JOHNSON** had passed the examination associated with his application for a Chief Mate Unlimited Oceans endorsement. In truth, **JOHNSON** had not even taken the examination. As a result of the false score entry, the USCG issued **JOHNSON** a Chief Mate Unlimited Oceans endorsement. The endorsement was mailed to **JOHNSON** in the form of an endorsement sticker to be added to **JOHNSON's** credential book.

**JOHNSON** added the Chief Mate Unlimited Oceans endorsement sticker to his credential book. **JOHNSON** did this knowing that he was not lawfully entitled to the endorsement because



he had not taken and had not passed the required examination.

From on or about May 4, 2018 through on or about September 25, 2019, in the Eastern District of Louisiana and elsewhere, **JOHNSON**, received and possessed the above-referenced endorsement and an MMC containing said endorsement, knowing that he was not lawfully entitled to them and with the intent to unlawfully use them.

_____   8/19/21
CHANDRA MENON                               Date
Assistant United States Attorney

_____   8/19/21
JEROME J. PELLERIN                             Date
Counsel for Defendant

_____   8-19-21
HARRY JOHNSON                                Date
Defendant